DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
BENJAMIN CORDOVA-CUEVAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BENJAMIN CORDOVA-CUEVAS ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | CR. S-10-300 FCD <br><br> **STIPULATION AND ORDER** <br><br> DATE: September 27, 2010 <br> TIME: 10:00 a.m. <br> JUDGE: Frank C. Damrell, Jr. |

    It is hereby stipulated and agreed to between the United States of America through MICHELE BECKWITH, Assistant U.S. Attorney, and defendant, BENJAMIN CORDOVA-CUEVAS, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Monday, September 13, 2010, be continued to Monday, September 27, 2010, at 10:00 a.m.
    The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.
    Speedy trial time is to be excluded from the date of this order through the date of the status conference set for September 27, 2010

pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: September 8, 2010    Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
BENJAMIN CORDOVA-CUEVAS

DATED: September 8, 2010    BENJAMIN B. WAGNER
United States Attorney

/s/ Benjamin Galloway for
MICHELE BECKWITH
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including September 27, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: September 9, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2